IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DERRICK ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV645 |
| | ) | |
| ROCKET WASH CAR WASH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 15, 2022, was served on the parties in this action. (Text Recommendation dated August 14, 2022; Doc. 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

/s/ Thomas D. Schroeder
United States District Judge

August 19, 2022